1030

No. 1644, Misc. DeBour *v.* New York. Ct. App. N. Y. Certiorari denied.

No. 1686, Misc. Delespine *v.* Beto, Corrections Director. C. A. 5th Cir. Certiorari denied. *William E. Gray* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Alfred Walker,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Gilbert J. Pena,* Assistant Attorneys General, for respondent.

No. 1471, Misc. Smith *v.* Mississippi. Sup. Ct. Miss. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *M. M. Roberts* for petitioner.

No. 1600, Misc. Wood *v.* United States. C. A. 10th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 736. Bounds, Commissioner of Correction *v.* Crawford, *ante,* p. 936;
No. 845. Yokum *v.* United States, *ante,* p. 907;
No. 877. Tampa Phosphate Railroad Co. *v.* Seaboard Coast Line Railroad Co., *ante,* p. 910;
No. 894. Reed *v.* The Foylebank et al., *ante,* p. 910;
No. 898. White et ux. *v.* United States, *ante,* p. 912; and
No. 994. Pollack *v.* United States, *ante,* p. 917. Petitions for rehearing denied.